AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:18-MJ-00555 | Date and time warrant executed: 10.31.18, approx 7:00 AM | Copy of warrant and inventory left with: On premises, 5241 Lincoln Ave Unit B3, Cypress, CA 90630 |
| Inventory made in the presence of: SA J. Masalski, FDA-OCI | | |

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attached Inventory(s) of Items Seized, thirteen (13) pages total.

Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and ~~was returned~~* along with the original warrant to the designated judge through a filing with the Clerk's Office.

*is being returned electronically by SA D. Aspling, FDA-OCI

Date: 11·6·18

Executing officer's signature

JOHN MASALSKI, SA, FDA OCI
Printed name and title

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/18   **START TIME:** 7:40AM   **END TIME:** 1:45PM
**SITE ADDRESS:** 5241 LINCOLN AVE UNIT B3 CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | BOX OF DOCUMENTS, PURCHASE ORDERS, BUSINESS EXPENSES, DAILY REPORTS, PACKING, CUSTOM ORDERS, INVOICES, INVENTORY EXPENSES |
| 2 | 1 | BUSINESS PAPERS |
| 3 | 1 | BOX CONTAINS BUSINESS RECORDS & DOCUMENTS |
| 4 | 1 | BOX CONTAINS BUSINESS RECORDS & DOCUMENTS |
| 5 | 1 | BOX CONTAINS BUSINESS RECORDS & DOCUMENTS |
| 6 | 1 | BANKING DOCUMENTS, STATEMENTS |
| 7 | 1 | INVOICES |
| 8 | 1 | BOX CONTAINS INVOICE TABLET, PURCHASE DOCS |
| 9 | 1 | BOX CONTAINS INVOICES, SUPPLY INVENTORY, PAYMENT LISTS, SECRETARY OF STATE, RECORDS ADVERTISING, EMPLOYEE RECORDS, SHIPPING RECORDS, TAX RECORDS, BANK RECORDS |
| 10 | 1 | BUSINESS RECORDS & DOCUMENTS |
| 11 | 1 | HASIM BUSINESS SOP |
| 12 | 1 | EMPLOYEE PAYROLL ENVELOPES, CHECKS |
| 13 | 1 | INVOICE PAPERWORK |
| 14 | 1 | PAPERWORK RELATED TO BUSINESS |
| 15 | 1 | HOW TO GUIDE TO SHIPPING AND CUSTOMS |
| 16 | 1 | SHORESIDE RECALL DOCS, FDA WARNING |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 17 | 1 | MACHINE PURCHASE INVOICE, CHEMICAL BLEND LIST |
| 18 | 1 | PRODUCT CATALOG |
| 19 | 1 | HASIM WHOLESALE PRICELIST, SALE REPORTS |
| 20 | 1 | HASIM 2018 PRODUCT CATALOG |
| 21 | 1 | FOLDERS OF BUSINESS DOCUMENTS INCL RENTAL AGREEMENT FOR CARLSON GARAGE |
| 22 | 1 | BUSINESS RECORDS |
| 23 | 1 | BUSINESS RECORDS, INVOICES |
| 24 | 1 | BUSINESS DOCUMENTS |
| 25 | 1 | BUSINESS RECORDS |





**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018    **START TIME:** 7:40AM    **END TIME:** 1:45PM
**SITE ADDRESS:** 5241 LINCOLN AVE UNIT B3 CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | MISC PILLS, RHINO, STAG, STALLION |
| 2 | 1 | BOX OF MISC PILLS, 7X 7, 10X RHINO 8 |
| 3 | 1 | 5 BOXES RAGING RHINO, 5 BOXES MAD DOG, 5 BOXES RAGING RHINO HARDCORE, 5 BOXES PLOSION, LIQUID PRODUCTS |
| 4 | 1 | BOX OF PREMIER ZEN, RHINO, STALLION, (LIQUID IN TUBES) |
| 5 | 1 | BOXES OF RHINO T1/TDFX12000, "OCEAN MIKE" |
| 6 | 1 | BOX CONTAINS 5X RHINO 7, 5X RHINO 12, 3X RHINO, 5X RHINO 7 |
| 7 | 1 | BAG CONTAINS BOXES OF RHINO, STALLION PILLS |
| 8 | 1 | BOX CONTAINS 9 BOXES RHINO 69, 1 BOX RHINO 8, 2 BOXES RHINO 7 |
| 9 | 1 | BOX CONTAINS 9 BOXES RHINO 11, 7 BOXES TITAN |
| 10 | 1 | BOX CONTAINS 5 BURRO POWER, 7 DOUBLE ZEN |
| 11 | 1 | BOX CONTAINS 21 BOXES IMPERIAL, BLANK SHIP LABEL MARKED "HASIM DISTRIBUTION INC", 1 LOOSE PAPER WRITTEN "MR LEE" |
| 12 | 1 | BOX CONTAINS 5 BOXES 3 BULLETS, 1 BOX BLACK MAMBA PREMIUM, 1 BOX GREEN POWER, 2 BOXES BURRO EN PRIMAVERA, 2 BOXES GORIAGRAXXX, 1 BOX FX 9000, 1 BOX ORGAZEN BLACK MAMBA 75K, 1 BOX LIBIGROW, 1 BOX LIBIGROW XXXTREME, 1 BOX BLACK PANTHER EXTREME 13,000 |
| 13 | 1 | BOX CONTAINS 7 BOXES "BURRO EN PRIMAVERA" |
| 14 | 1 | BOX CONTAINS BUSINESS PAPERS |
| 15 | 1 | BOX CONTAINS RHINO EMPTY CAPSULES |



**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/2018

**SITE ADDRESS:** 5241 LINCOLN AVE UNIT B3 CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 16 | 1 | BOX CONTAINS 7 BOXES RHINO 25, 1 BOX RHINO 6, 1 BOX RHINO 5, 1 BOX RHINO TI, 1BOX RHINO 8, 1 BOX KRAZZY RHINO |
| 17 | 1 | BOX CONTAINS PACKAGING MATERIALS |
| 18 | 1 | BOX CONTAINS 1 BOX POWER GIRL, 1 BOX SEX BOMBS, 1 BOX WEHOL, 1 BOX LOVE X, 2 BOXES BLACK MONSTERLION, 1 BOX FX55K, 1 BOX KING KONG, 1 BOX JAGUAR, 1 BOX TWO MORE KNIGHTS, 2 BOXESVIGOZEN |
| 19 | 1 | BOX CONTAINS RHINO, BLACK STALLION PILLS |
| 20 | 1 | BOX CONTAINS MISC RHINO, BLACK MAMBA PILLS |
| 21 | 1 | BOX CONTAINS MISC RHINO, BLACK STALLION PILLS |
| 22 | 1 | BOX CONTAINS RHINO, BLACK STALLION PILLS |
| 23 | 1 | BOX CONTAINS 2 BOXES RHINO 7, 1 BOX RHINO 8, 1 BOX RHINO TITATIUM, 4 BOXES RHINO11, 2 BOXES RHINO 12, 5 BOXES 69 |



**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

## INVENTORY OF ITEMS SEIZED

**CASE NUMBER:** 17 - LAC - 715 - 0257
**DATE OF SEARCH:** 10/31/18   **START TIME:** 7:40AM   **END TIME:** 1:45PM
**SITE ADDRESS:** 5241 LINCOLN AVE UNIT B3 CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | BOX CONTAINS 9 BOXES RHINO 69, 3 BOXES RHINO 7, 2 BOXES RHINO 8, 1 BOX RHINO 25, 2 BOXES RHINO 12 |
| 2 | 1 | BOX CONTAINS 10 RHINO 12, 2 BOXES RHINO 7, 2 BLACK STALLION, 2 KRIZZY RHINO, 1 BLACK PANTHER, 4 LILIGROW |
| 3 | 1 | BOX CONTAINS 11 BOXES RHINO 69, 4 BOXES ZEBRA |
| 4 | 1 | BOX CONTAINS "RHINO MUGS", FDA RESTRICTED |
| 5 | 1 | BOX CONTAINS 8 SUPER ZONES, 4 BLACK PANTHER, 6 RHINO 25, 1 JAGUAR |
| 6 | 1 | BOX CONTAINS 32 IMPERIAL |
| 7 | 1 | BOX CONTAINS 8 STAG BOXES, 10 BOXES BLACK STALLION |
| 8 | 1 | BOXCONTAINS 12 BOXES KING KONG |
| 9 | 1 | BOX CONTAINS POWER KING PILLS |
| 10 | 1 | BOX CONTAINS 14 RHINO 8, 5 RHINO 7, 1 RHINO 25 |
| 11 | 1 | BOX CONTAINS MISC DOCUMENTS, ORDERS, PAYOUTS, FILES, INCOMING |
| 12 | 1 | BOX CONTAINS 1 SUPREME ZEN, 1 IMPERIAL CAPSULES, 2 BOXES PREMIER ZEN, MISC SAMPLES OF CAPSULES, 33 CLEAR BAGS OF VARIOUS CAPSULES, BOX OF MVP BOTTLES, 3 WHITE BOTTLES CONTAINS CAPUSLES |
| 13 | 1 | BOX CONTAINS 5 RHINO 50, 10 RHINO 8, 4 RHINO 7 |
| 14 | 1 | BOX CONTAINS 14 PREMIER ZEN, 5 BLACK MAMBA, 4 LIBIGROW |
| 15 | 1 | BOX CONTAINS 9 JAGUAR, 6 LIBIGROW, 1 BLACK STALLION |



**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/18

**SITE ADDRESS:** 5241 LINCOLN AVE UNIT B3 CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 16 | 1 | BOX CONTAINS 4 LARGE BUNDLES, MISC SAMPLES |
| 17 | 1 | BOX CONTAINS 9 BOXES OF SUPER ZONE |
| 18 | 1 | BOX CONTAINS 180 MISC SAMPLES |
| 19 | 1 | 12 SMALL BUNDLES & 1 LARGE BUNDLE MISC SAMPLES |
| 20 | 1 | MARKETING MATERIAL |
| 21 | 1 | BOX CONTAINS PILL CAPSULES |
| 22 | 1 | BOX OF 15 PREMIER ZEN |
| 23 | 1 | BOX CONTAINS 9 BOXES IMPERIAL, 2 BOXES SUPREME ZEN, 5 BOXES PREMIER ZEN, 2 BOXES SUPER ZONE, 1 BOX TITANIUM |
| 24 | 1 | BOX CONTAINS 1 BOX POWERGIRL, 1 BOX XXX, 1 BOX LIBI ZEN, 7X 30 PACKS OF 5 SAMPLES |
| 25 | 1 | BOX CONTAINS 12 BOXES SUPERZONE, 5 BOXES CRAZY RHINO, 3 BOXES LIBIZEN, 2 BOXES IMPERIAL |
| 26 | 1 | BOX CONTAINS LOCO RHINO, MACHO MAN, WHITE PANTHER PILLS |
| 27 | 1 | PRODUCT INVENTORY & SAMPLE |
| 28 | 1 | BOX CONTAINS MISC RHINO SAMPLES |
| 29 | 1 | BOX CONTAINS BUSINESS DOCUMENTS & RHINO SAMPLES |
| 30 | 1 | 15 BOXES PREMIER ZEN |
| 31 | 1 | BOX CONTAINS 1 BLACK PANTHER, 1 BOX JAGUAR, 1 BOX BLACK STALLION, 1 BOX STIFF NIGHTS, 4 BOXES PREMIER ZEN, 3 BOXES RHINO 69, 4 BOXES RHINO 12 |



**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/18

**SITE ADDRESS:** 5241 LINCOLN AVE UNIT B3 CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 32 | 1 | BOX CONTAINS ALIEN POWDER, 1 BOX POSEIDON XTREME, 1 BOX ZEUS, 2 BOXES LIBIZEN, 1 BOX TIGER, 1 BOX LOVE X, 1 BOX ANACONDAXXX, 1 BOX BURRO, 1 BOX BLACK PANTHER, 1 BOX LOCO RHINO, 1 BOX BURRO EN PRIMAVERA, 1 BOX BLACK MAMBA, 1 BOX LIBIGROW, 1 BOX 3 BULLETS |
| 33 | 1 | BOX CONTAINS 17 SMALL BUNDLES, MISC SAMPLES |
| 34 | 1 | BOX CONTAINS 3 BOXES RHINO 7, 2 BOXES MUP |
| 35 | 1 | BOX CONTAINS PRODUCT & SAMPLES |
| 36 | 1 | BOX CONTAINS 6 BOXES STAG, 13 BOXES JAGUAR |
| 37 | 1 | BOX CONTAINS 25 BOXES PREMIER ZEN |
| 38 | 1 | BOX CONTAINS 2 BOXES POWERFUL ZEN, 1 BOX IMPERIAL, 1 BOX 10K TITANIUM, 1 BOX 5K TITANIUM, 83 MISC SAMPLES |
| 39 | 1 | BOXCONTAINS 9 ENHANCEMENT SAMPLE BUNDLES |
| 40 | 1 | BOX CONTAINS 10X SUPER ZONE |
| 41 | 1 | BOX CONTAINS 2 BOXES LOVEX, 10 BOXES SUPERZONES, 1 BOX VIGOZEN, 1 BOX MV7, 1BOX BURRO, 1 BOX RHINO 12, 1 BOX RHINO 7 |
| 42 | 1 | BOX CONTAINS 2 BOXES STAG111K, 15 BOXES 11K JAGUAR, 2 BOXES BLACK STALLION |
| 43 | 1 | 130 MISC SAMPLES & 1 SHIP LABEL TO SAM LEE |
| 44 | 1 | BOX CONTAINS 3 BOXES DRAGON 69, 3 BOXES BURRO EN PRIMAVERA, 2 BOXES KING KONG |
| 45 | 1 | BOX CONTAINS 4 KING KONG, 1 STALLION, 2 SUPERZONE PLUS, 10 MISC LOOSE SAMPLES, 2 SAMPLES OF RHINO |
| 46 | 1 | BOX CONTAINS 10 BOXES BURRO EN PRIMAVERA, 6 BOXES TRIPLE RHINO |



**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/18

**SITE ADDRESS:** 5241 LINCOLN AVE UNIT B3 CYPRESS, CA  90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 47 | 1 | BOX CONTAINS 8 BOXES PREMIER ZEN, 2 BOXES SUPERZONE, 2 BOXES JAGUAR, 1 BOX WOLF, 1 BOX 3KO |
| 48 | 1 | BOX CONTAINS 16 BOXES IMPERIAL |
| 49 | 1 | 595 MISC SAMPLES |
| 50 | 1 | BOX CONTAINS 10 BOXES RHINO 69 |
| 51 | 1 | BOX CONTAINS 5 BOXES SUPER ZONE, 14 BOXES RHINO, 3 BOXES BLACK PANTHER, 3 BOXES LIBIGROW, 1 BOX GREEN POWER |
| 52 | 1 | BOX CONTAINS 23 BOXES OF PREMIER ZEN |
| 53 | 1 | BOX CONTAINS 472 INDIVIDUAL SAMPLES |
| 54 | 1 | BOX CONTAINS 15 BOXES PREMIER ZEN, 1 BOX IMPERIAL, 4 BOXES SUPERZONE |
| 55 | 1 | BOX CONTAINS 4 BOXES TRIPLE RHINO, 10 BOXES RHINO 8 |
| 56 | 1 | BOX CONTAINS  2 BOXES KING KUNG, 1 BOX SUPER 7 RHINO, 1 BOX XL GROW, 1 BOX XL LOVE, 1 BOX MIRACLE ZONE, 1 BOX PREMIUM ZEN, 1 BOX IMPERIAL, 1 BOX VIGO ZEN, 1 BOX WIPE IT, 1 BOX LOVE MAX, 1 BOX IRON RHINO, 12 BAGS MISC ENHANCEMENT PILLS |
| 57 | 1 | BOX CONTAINS 2 BOXES RHINO 700, 2 BOXES RHINO 7, 2 BOXES RHINO 69 |
| 58 | 1 | BOX CONTAINS 23 BOXES RHINO, 3 BOXES KRAZZY RHINO |
| 59 | 1 | BOX CONTAINS 15 BOXES TWIN RHINO 69 |
| 60 | 1 | BOX CONTAINS 15 BOXES RHINO 11 |
| 61 | 1 | PRODUCT SAMPLES |
| 62 | 1 | PROMOTIONAL MATERIALS |

**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/18

**SITE ADDRESS:** 5241 LINCOLN AVE UNIT B3 CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 63 | 1 | BOX CONTAINS NUMEROUS CAPSULES (MULTI COLORED), SOME TESTED B Y CBP KEN HUT |
| 64 | 1 | BOX CONTAINS NUMEROUS RHINO PILLS, MISC SEXUAL ENHANCEMENT PILLS |

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/18  **START TIME:** 7:40AM  **END TIME:** 1:45PM
**SITE ADDRESS:** 5241 LINCOLN AVE UNIT B3 CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | DELL LAPTOP SERVICE TAG #4S5YFC2 |
| 2 | 1 | HP LAPTOP |
| 3 | 1 | NEXTBOOK LAPTOP SN #YFAN0915082693 |
| 4 | 1 | NEXTBOOK LAPTOP SN #YFGV0415051227 |
| 5 | 1 | SAMSUNG LAPTOP SN #HNHK91EC20070 |
| 6 | 1 | HP LAPTOP SN #CND8121V9R |
| 7 | 1 | LENOVO THINKPAD LAPTOP SN #LR-0514UL |
| 8 | 1 | LENOVO LAPTOP SN #MP13ESPF |
| 9 | 1 | BLACK TOWER DESKTOP PC NO SN |
| 10 | 1 | DELL DESKTOP SN #4K8XFN1 |
| 11 | 1 | HP LAPTOP SN #CND7501138 |
| 12 | 1 | BLACK LG PHONE, 1 SILVER VERIZON LG PHONE |
| 13 | 1 | COOLPAD PHONE IMEI: 8635190300021 |
| 14 | 1 | SAMSUNG PHONE IMEI: 359617082457464 |
| 15 | 1 | LG PHONE SN #708CYVU435615 |
| 16 | 1 | ZTE PHONE SN#320675220142 |
| 17 | 1 | LG PHONE SN #708CYBD435613 |



**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/18

**SITE ADDRESS:** 5241 LINCOLN AVE UNIT B3 CYPRESS, CA  90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 18 | 1 | COOLPAD PHONE IMEI: 861325038594353 |
| 19 | 1 | COOLPAD PHONE IMEI: 863519032014925 |

**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/18   **START TIME:** 7:40AM   **END TIME:** 1:45PM
**SITE ADDRESS:** 5241 LINCOLN AVE UNIT B3 CYPRESS, CA  90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | US CURRENCY $22,860.00 |
| 2 | 1 | US CURRENCY $2574.00 |

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/31/18   **START TIME:** 7:40AM   **END TIME:** 1:45PM

**SITE ADDRESS:** 5241 LINCOLN AVE UNIT B3 CYPRESS, CA 90630

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | ATTORNEY CLIENT PRIVILEGE - POSSIBLE TAINT |
| 2 | 1 | ATTORNEY CLIENT PRIVILEGE - POSSIBLE TAINT |
| 3 | 1 | ATTORNEY CLIENT PRIVILEGE - POSSIBLE TAINT |