NICOLA T. HANNA
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JAKE D. NARE (Cal. Bar No. 272716)
Assistant United States Attorney
     United States Courthouse
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3549
     Facsimile: (714) 338-3561
     E-mail:    jake.nare@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: 5241 LINCOLN AVENUE, #B3, CYPRESS, CALIFORNIA 90630 | No. 8:18-MJ-00555 ORDER ALLOWING EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICE |
|---|---|

For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days (beyond the time period previously authorized), the following digital devices:

   a.  Dell Laptop Service Tag #4S5YFC2
   b.  HP Laptop with serial number CND7050WDY
   c.  Nextbook Laptop with serial number YFAN0915082693
   d.  Nextbook Laptop with serial number YFGV0415051227
   e.  Samsung Laptop with serial number HNHK91EC200704P
   f.  HP Laptop with serial number CND812V9R
   g.  Lenovo ThinkPad Laptop with serial number LR-0514UL
   h.  Lenovo Laptop with serial number MP13ESPF
   i.  Black tower Desktop PC with no serial number

1  j. Dell Desktop computer with serial number 4K8XFN1
2  k. HP Laptop with serial number CND7501138
3  l. LG Smartphone with serial number 211KPDT0861658
4  m. LG Smartphone with serial number 910KPZK0126101
5  n. CoolPad Smartphone with serial number B12ECA45
6  o. Samsung Smartphone with serial number R28J62N0GLT
7  p. LG Smartphone with serial number 708CYVU435615
8  q. ZTE Smartphone with serial number 320675220142
9  r. LG Smartphone with serial number 708CYBD435613
10 s. Coolpad Smartphone with serial number C343CE0A
11 t. Coolpad Smartphone with serial number EF08F291

     2/28/19                              /s/ Autumn D. Spaeth
DATE                                UNITED STATES MAGISTRATE JUDGE

Presented by:

   /s/
JAKE D. NARE
Assistant United States Attorney